IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN W. MITCHELL, et. al,** | : | **CIVIL NO. 3:04-CV-2240** |
| | : | |
| **Plaintiffs,** | : | |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **WILLIAM LUCKENBILL, et. al,** | : | |
| | : | |
| **Defendants** | : | |

**CASE MANAGEMENT ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On July 20, 2010 this case was referred to the undersigned for trial. (Doc. 163.) The purpose of this order is to set the following pre-trial schedule for further proceedings in this case:

I.   **GENERAL**

   1.  **COUNSEL AND PRO SE LITIGANTS ARE RESPONSIBLE FOR READING THIS ENTIRE ORDER.**

   2. **Schedule**. The following deadlines, described in greater detail throughout this order, have been established for this case, and may not be modified by the parties. Motions to modify or extend the deadlines established here shall be made before expiration of the time limits has passed.  **All requests for extensions of discovery deadlines must be made at least thirty (30) days prior to the expiration of the discovery period.** Motions will be granted only on a showing of good cause.

1

| | |
|---|---|
| Local Rule 16.3 Conference and Exchange of Proposed Jury Instructions: On or before: | **August 6, 2010** |
| Pretrial Memoranda, Proposed Jury Charge, Proposed Voir Dire Questions | **August 12, 2010** |
| Pre-trial Conference and Argument Regarding Pending Motions In Limine | **August 16, 2010 at 1:00 p.m.** |
| Objections to Proposed Jury Charge, and Trial Brief | **August 23, 2010** |
| Trial: | **August 30, 2010 at 9:30 a.m.** |

3. **Requests for Extension of Time**. Requests for extension of the following time periods will not be granted except for good cause shown and must comply with Local Rule 7.5.

4. **Trial**. Trials will commence following the completion of jury selections. Counsel should note that criminal matters take priority and may delay the beginning of the civil trial list. Unless otherwise ordered, the cases will be tried in order of the docket numbers, with the earliest docket numbers going first and continuing to the most recent docket number. Non-jury matters will be tried last. Counsel should be aware that settlements, etc., will often reduce the actual number of cases for trial as the date approaches, and counsel should be prepared to go to trial on 24 hours notice. Counsel may contact the court one week prior to the scheduled jury selection to determine the approximate starting date. However, counsel should be aware that the trial list may change drastically; therefore, counsel shall be prepared to go to trial at any point during the trial term.

5. If the parties intend to use depositions at trial in place of live testimony, they shall review the depositions prior to the time of trial. If there are objections which cannot be resolved among counsel, said objections and copies of the relevant depositions shall be submitted to the court at least fifteen (15) days prior to trial. Where counsel have failed to meet the time requirement in this paragraph, the court may, in its discretion, deem the objections withdrawn. If the deposition to be used are videotaped, a transcript must be provided to the court in advance of trial.

6. If a party intends to introduce 15 or more exhibits into evidence, that party shall provide the court with three copies of all exhibits in 3-ring binders at the conclusion of jury selection for that case.

7. Videotape equipment shall be set up in the courtroom prior to the commencement of trial in the morning, if its use is anticipated in the morning, or during the lunch break, if its use is anticipated in the afternoon.

*8. If the trial presentations involve a large number of audio-visual displays requiring use of specialized courtroom facilities designed for the presentation of evidence which is displayed in various electronic media the parties shall make arrangements through Deputy Clerk, Kevin Neary, at 221-3924 or [Kevin_Neary@pamd.uscourts.gov](Kevin_Neary@pamd.uscourts.gov). two weeks prior to trial to receive training on the use of courtroom presentations software and equipment to ensure that all technological issues are fully resolved well in advance of trial.*

So ordered this 21st day of July 2010.

*S/ Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge
Middle District of Pennsylvania