IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE W. MITCHELL, AND ROBIN L. MITCHELL, Individually and as Parents and Natural Guardians of BRIA HASENAUER, a/k/a BRIA MITCHELL, a minor, and STORM HASENAUER a/k/a STORM MITCHELL, a minor,<br>　　　Plaintiffs | : <br> : <br> : <br> : <br> : <br> : |
| vs. | : CIVIL NO. 3:CV-04-2240 |
| WILLIAM J. LUCKENBILL, JR., DAVID GUENTHER, JOHN DOE, Commissioner of the Pennsylvania State Police,<br>　　　Defendants | : <br> : <br> : <br> : |

## ORDER

AND NOW, this 19th day of August, 2010, upon consideration of the Report and Recommendation of Magistrate Judge Carlson, it is Ordered as follows:

1) Plaintiffs' motion to remand (doc. 165) is granted.

2) All further proceedings will be conducted by the undersigned.

/s/William W. Caldwell
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

AUG 19 2010

MARY E. D'ANDREA, CLERK